IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
DEC 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:25-cr-00562 |
| Plaintiff, | ) ) ) | JUDGE PAMELA A. BARKER |
| v. | ) ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Jonathan Leissler, | ) ) | **CONSENT TO ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PURPOSES OF RECEIVING DEFENDANT'S GUILTY PLEA** |
| Defendant. | ) ) ) ) ) | |

Pursuant to General 99-49, this matter has been referred to United States Magistrate Judge Jonathan D. Greenberg for purposes of receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and finding of guilty entered.

The undersigned, having been informed of their right to have all proceedings relating to the offer and acceptance of a plea of guilty conducted by and before a United States District Judge, hereby consent to having the above-referenced activities conducted by and before a United States Magistrate Judge.

We understand that, following receipt of a verbatim record and the Magistrate Judge's Report and Recommendation, the United States District Judge, absent the timely filing of an objection to the Report and Recommendation of the United States Magistrate Judge, may accept

the plea of guilty and enter a finding of guilty without further notice to the parties or proceedings before the United States District Judge.

We also understand that sentence following acceptance of the plea of guilty will be imposed by the United States District Judge.

No threats or promises have been made to cause us to sign this consent.

_____
Assistant United States Attorney

_____
Defendant

_____
Counsel for the Defendant

Dated: 12/17/25